**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| BETTER MOUSE COMPANY, LLC, | § § § | |
| Plaintiff, | § | |
| v. | § § | |
| STEELSERIES APS, et al. | § § | CASE NO. 2:14-CV-198 **LEAD CASE** |
| MAD CATZ INTERACTIVE, INC., et al. | § | CASE NO. 2:14-CV-204 |
| ROCCAT GMBH, et al. | § | CASE NO. 2:14-CV-205 |
| PERIXX COMPUTER GMBH | § | CASE NO. 2:14-CV-281 |
| E-BLUE INTERNATIONAL CORPORATION, et al. | § | CASE NO. 2:14-CV-282 |
| CORSAIR COMPONENTS, INC., et al. | § | CASE NO. 2:14-CV-283 |
| ASUSTEK COMPUTER INC., et al. | § | CASE NO. 2:14-CV-296 |
| COOLER MASTER CO., LTD., et al. | § | CASE NO. 2:14-CV-297 |
| GIGA-BYTE TECHNOLOGY CO., LTD., et al. | § | CASE NO. 2:14-CV-298 |
| THERMALTAKE TECHNOLOGY CO., LTD., et al. | § | CASE NO. 2:14-CV-299 |
| ANKER TECH CORPORATION, et al. | § | CASE NO. 2:14-CV-376 |

**ORDER**

The above-captioned cases are hereby **ORDERED** to be **CONSOLIDATED** for all pretrial issues (except venue) with the **LEAD CASE**, No. 2:14-CV-198. All parties are instructed to file any future filings (except relating to venue) in the **LEAD CASE**. Individual cases remain active for venue determinations and trial. The Court will enter one docket control order, one protective order, and one discovery order that will govern the entire consolidated case.

If a docket control order, protective order, discovery order, and/or appointment of mediator has been entered in the lead case at the time new member cases are added to the consolidated action, all parties are directed to meet and confer in order to determine whether amendments to such documents are necessary. Any proposed amendments to the docket control

order, protective order, discovery order, or appointment of a mediator shall be filed within two weeks of this Order.

The local rules' page limitations for *Markman* briefs and other motions will apply to the consolidated case. To further promote judicial economy and to conserve the parties' resources, the Court encourages the parties to file a notice with the Court in the event that there are other related cases currently pending on the Court's docket that may also be appropriate for consolidation with this case.

**So ORDERED and SIGNED this 29th day of May, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE