# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **BETTER MOUSE COMPANY LLC,**<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>**STEELSERIES APS, et al.,**<br><br>　　　　　Defendants. | Civil Action No. 2:14-cv-00198-JRG<br>(Consolidated — Lead Case)<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |
| **BETTER MOUSE COMPANY LLC,**<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>**MAD CATZ INTERACTIVE, INC.; and MAD CATZ, INC.**<br><br>　　　　　Defendants. | Civil Action No. 2:14-CV-00204-JRG<br>(Consolidated with 2:14-cv-00198-JRG)<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |

## DEFENDANTS MAD CATZ INTERACTIVE, INC.'S AND MAD CATZ, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Mad Catz Interactive, Inc. ("MCII") and Mad Catz, Inc. ("MCI") make this Corporate Disclosure Statement.

MCII is a publicly-held corporation organized under the laws of Ontario, Canada, and its shares are traded on the Toronto Stock Exchange and on the NYSE Market Exchange. MCII does not have any parent corporation and no publicly-held corporation has an ownership interest of 10% or more in MCII.

MCI is a Delaware corporation and a wholly owned subsidiary of MCII.

Dated:  July 17, 2014                                              Respectfully submitted,

/s/ *Tyson E. Marshall*
Whitney E. Peterson
California Bar No. 159630
wpeterson@madcatz.com
Tyson E. Marshall
California Bar No. 222488
tmarshall@madcatz.com
MAD CATZ, INC.
7480 Mission Valley Road, Suite 101
San Diego, CA 92108
Telephone:  (619) 683-9830
Facsimile:   (619) 683-2813

ATTORNEYS FOR DEFENDANTS
MAD CATZ INTERACTIVE, INC.
AND MAD CATZ, INC.

3

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on July 17, 2014, a true and correct copy of the foregoing was transmitted electronically to the Electronic Filing System of the United States District Court for the Eastern District of Texas which, under Local Civil CV-5(a)(3), is deemed to have sent notice of such filing, constituting service of the filed document, on all Filing Users, all of whom are deemed to have consented to electronic service. Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

  Executed on July 17, 2014, at San Diego, California.

/s/ *Tyson E. Marshall*
Tyson E. Marshall