**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| BETTER MOUSE COMPANY, LLC,<br><br>　　Plaintiff,<br><br>　　v.<br><br>STEELSERIES APS, ET AL.,<br><br>　　Defendants. | CIVIL ACTION NO. 2:14-cv-198<br>**(Consolidated Lead Case)**<br><br>**JURY TRIAL DEMANDED** |
| BETTER MOUSE COMPANY, LLC,<br><br>　　Plaintiff,<br><br>　　v.<br><br>GIGA-BYTE TECHNOLOGY CO., LTD., ET AL.,<br><br>　　Defendants. | CIVIL ACTION NO. 2:14-cv-298<br>**(Particular Case)**<br><br>**JURY TRIAL DEMANDED** |

**ORDER OF DISMISSAL WITH PREJUDICE**

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff Better Mouse Company, LLC and defendants Giga-Byte Technology Co., Ltd. and GBT, Inc. in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between plaintiff Better Mouse Company, LLC and defendants Giga-Byte Technology Co., Ltd. and GBT, Inc. are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "**SETTLEMENT AND LICENSE AGREEMENT**" and dated August 14, 2014 (the "Settlement Agreement").

1

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them, subject to the terms of the Settlement Agreement.

**So ORDERED and SIGNED this 29th day of August, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE