**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| BETTER MOUSE COMPANY, LLC | § § | |
| v. | § § | Case No. 2:14-CV-198-JRG (LEAD) |
| STEEL SERIES APS, ET AL. | § | |
| E-BLUE INTERNATIONAL CORPORATION, ET AL | § § | Case No. 2:14-CV-282-JRG |
| ASUSTEK COMPUTER, INC., ET AL. | § | Case No. 2:14-CV-283-JRG |
| COOLER MASTER CO., LTD., ET AL | § | Case No. 2:14-CV-297-JRG |

## ORDER APPOINTING MEDIATOR

IT IS ORDERED that Harry Lee "Gil" Gillam, Gillam & Smith, LLP, 303 S. Washington Avenue, Marshall, Texas 75670, telephone number (903) 934-8450, fax number (903) 934-9527, is hereby appointed as mediator in the above lead case and the identified member cases.  The Court designates plaintiff's counsel to be responsible for timely contacting the mediator and defendants' counsel to coordinate a date for the mediation.  Mediation shall be completed by the date set forth in the Docket Control Order.

Mediation shall be governed by the Court-Annexed Mediation Plan, found at: http://www.txed.uscourts.gov/page1.shtml?location=mediation.  In particular and without limitation, the Mediation Plan requires the presence at the mediation conference of all parties, corporate representatives, and any other required claims professionals (e.g., insurance adjusters, etc.) with full authority to negotiate a settlement.  Exceptions to this requirement may be made only by the presiding judge in writing.

**So Ordered and Signed on this**

**Nov 7, 2014**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE