## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| BETTER MOUSE COMPANY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> STEELSERIES APS, ET AL., <br><br> Defendants. | CIVIL ACTION NO. 2:14-cv-198 <br> **(Consolidated Lead Case)** <br><br><br> **JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION TO EXTEND THE P.R. 4-3 DEADLINE

Plaintiff Better Mouse Company, LLC ("BMC") files this unopposed motion to extend the P.R. 4-3 deadline for all parties in this consolidated case. BMC requests an extension of one week, to Tuesday, March 18, 2015. This extension is for good cause and is not for the purposes of delay. Defendants do not oppose the motion.

Dated: February 26, 2015

Respectfully submitted,

*/s/ Kris Y. Teng*
Larry D. Thompson, Jr. (lead attorney)
Texas Bar No. 24051428
larry@ahtlawfirm.com
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Kris Y. Teng
Texas Bar No. 24079443
kris@ahtlawfirm.com
ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000
(713) 581-3020 fax

        Stafford Davis
        State Bar No. 24054605
        THE STAFFORD DAVIS FIRM, PC
        305 S. Broadway, Suite 406
        Tyler, Texas 75702
        (903) 593-7000
        sdavis@stafforddavisfirm.com

        *Attorneys for Better Mouse Company, LLC*

### CERTIFICATE OF CONFERENCE

I hereby certify that on the 26th day of February 2015, counsel for Plaintiff and counsel for Defendants met and conferred by email on the above motion. Counsel for defendants indicated they would not oppose the motion.

        */s/ Kris Y. Teng*
        Kris Y. Teng

### CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of February 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

        */s/ Kris Y. Teng*
        Kris Y. Teng