### IN THE UNITED STATES DISTRICT COURT FOR
### THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| BETTER MOUSE COMPANY, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>STEELSERIES APS, *et al.*,<br><br>                    Defendants. | CIVIL ACTION NO. 2:14-CV-198-RSP<br>(Consolidated Lead Case) |

### ORDER

Came on to be heard this day SteelSeries ApS' Motion for Protective Order Regarding Deposition Notice.  The Court having reviewed the motion and any responses thereto finds that the Motion is well taken and is hereby GRANTED.