**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| BETTER MOUSE COMPANY, LLC | § § § | |
| v. | § § | Case No. 2:14-CV-198-RSP<br>LEAD CASE |
| STEELSERIES APS, ET AL. | § § | |

## ORDER

For the reasons orally assigned during the June 19, 2015 hearing, Defendant's Motion for Protective Order (Dkt. No. 166) is **GRANTED** and the deposition of the Defendant noticed under Rule 30(b)(6) for Chicago is quashed. The Court finds that Plaintiff has not carried the substantial burden of overcoming the presumption that such a deposition should occur at the principal place of business of the Defendant, which here is also the residence of the designated witness, in Copenhagen, Denmark. While Plaintiff has shown very significant operations by Defendant in this country, they are not sufficient to show that the principal place of business of this Danish corporation is not in Denmark. Plaintiff's request that Defendant be ordered to pay one half of Plaintiff's travel expenses is denied.

**SIGNED this 19th day of June, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE