IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **BETTER MOUSE COMPANY LLC,**<br><br>      Plaintiff,<br><br>v.<br><br>**STEELSERIES APS, et al.,**<br><br>      Defendants. | Civil Action No. 2:14-cv-00198-RSP<br>(Consolidated — Lead Case)<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |

## DEFENDANTS' NOTICE OF COMPLIANCE WITH STANDING ORDER REGARDING LETTER BRIEFS

In compliance with the Court's Amended Docket Control Order (Docket No. 177) and this Court's standing order on the submission of letter briefs, Defendants SteelSeries North America Corp., SteelSeries ApS, Mad Catz Interactive, Inc., and Mad Catz, Inc. respectfully submit this Notice of their letters to the Court requesting permission to file motions for summary judgment:

1. Of non-infringement of all of the asserted claims of U.S. Patent No. 7,532,200 ("the '200 patent") because Defendants' accused products do not embody key limitations of the asserted claims;

2. Of non-infringement of all of the asserted claims of the '200 patent with respect to all accused, but uncharted, products;

3. Of no direct infringement of all of the asserted claims of the '200 patent by any of the Defendants' products;

4. That the asserted independent claims of the '200 Patent are anticipated by U.S. Patent No. 5,119,077 ("Giorgio"), entitled "Interactive Ballistic Tracking Apparatus"; and

5. That claims 6, 7, and 8 of the '200 patent are anticipated by Japanese Utility Model Application No. JP3090806 (U) ("Zhong"), entitled "Mouse with Adjustable Cursor Movement Resolution," and the IOGEAR GME 222 800 dpi USM Optical Mini Mouse Product and Manual ("IOGEAR Mouse").

Copies of Defendants' letters are attached as Exhibits 1-5.

Dated: August 16, 2015

Respectfully submitted,

/s/ *Tyson E. Marshall*
Whitney E. Peterson
California Bar No. 159630
*wpeterson@madcatz.com*
Tyson E. Marshall
California Bar No. 222488
*tmarshall@madcatz.com*
MAD CATZ, INC.
10680 Treena Street, Suite 500
San Diego, CA  92131
Telephone:  (858) 790-5008
Facsimile:   (858) 790-5018

*Attorneys for Mad Catz Interactive, Inc. and Mad Catz, Inc.*

/s/ *Joshua M. Masur*
Joshua M. Masur
California Bar No. 203510
*masur@turnerboyd.com*
Esha Bandyopadhyay
California Bar No. 212249
Zhuanjia Gu
California Bar No. 244863
TURNER BOYD LLP
702 Marshall Street, Suite 640
Redwood City, CA 94063
Telephone: (650) 521-5930
Facsimile: (650) 521-5931

Michael C. Smith (S.B. No. 18650410)
*michaelsmith@siebman.com*
SIEBMAN, BURG, PHILLIPS, & SMITH
113 East Austin Street
Marshall, TX 75670
Telephone: (903) 938-8900
Facsimile: (972) 767-4620

James M. Heiser (Admitted Pro Hac Vice)
*heiser@chapman.com*
CHAPMAN AND CUTLER LLP
111 W. Monroe Street
Chicago, Illinois  60603-4080
Telephone:  (312) 845-3877
Facsimile:  (312) 701-2361

*Counsel for Steelseries ApS and Steelseries North America Corp.*

2
**NOTICE OF COMPLIANCE WITH STANDING ORDER RE LETTER BRIEFS**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 16, 2015, a true and correct copy of the foregoing was transmitted electronically to the Electronic Filing System of the United States District Court for the Eastern District of Texas which, under Local Civil CV-5(a)(3), is deemed to have sent notice of such filing, constituting service of the filed document, on all Filing Users, all of whom are deemed to have consented to electronic service.  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Executed on August 16, 2015, at Redwood City, California.

/s/ *Joshua M. Masur*
Joshua M. Masur

**NOTICE OF COMPLIANCE WITH STANDING ORDER RE LETTER BRIEFS**