# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| BETTER MOUSE COMPANY, LLC, | CIVIL ACTION NO. 2:14-cv-198-RSP |
| --- | --- |
| Plaintiff, | **(Consolidated Lead Case)** |
| v. | |
| STEELSERIES APS, ET AL., | |
| Defendants. | |

## THIRD AMENDED DOCKET CONTROL ORDER

Having reviewed the Motion to Amend the Docket Control Order and finding good cause therefor, the motion is GRANTED. It is hereby ORDERED that the following schedule of deadlines is in effect until further order of this Court:

| **Current Date** | **New Date** | **Case Event** |
| --- | --- | --- |
| Jan. 11, 2016 | *Same* | *Jury Selection – 9:00 a.m. in **Marshall, Texas** before Judge Roy Payne |
| Dec. 14, 2015 | *Same* | *Pretrial Conference – 9:00 a.m in **Marshall, Texas** before Judge Roy Payne |
| Dec. 9, 2015 | *Same* | *Notify Court of Agreements Reached During Meet and Confer<br><br>The parties are ordered to meet and confer on any outstanding objections or motions *in limine*. The parties shall advise the Court of any agreements reached no later than 1:00 p.m. three (3) business days before the pretrial conference. |
| Dec. 7, 2015 | *Same* | *File Joint Pretrial Order, Joint Proposed Jury Instructions, Joint Proposed Verdict Form, and Responses to Motions *in Limine* |

- 2 -

| Nov. 30, 2015 | *Same* | *File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Shelly Holmes, at shelly_holmes@txed.uscourts.gov. |
| --- | --- | --- |
| Nov. 23, 2015 | *Same* | File Motions *in Limine* The parties shall limit their motions *in limine* to issues that if improperly introduced at trial would be so prejudicial that the Court could not alleviate the prejudice by giving appropriate instructions to the jury. |
| Nov. 23, 2015 | *Same* | Serve Objections to Rebuttal Pretrial Disclosures |
| Nov. 9, 2015 | *Same* | Serve Objections to Pretrial Disclosures; and Serve Rebuttal Pretrial Disclosures |
| Nov. 2, 2015 | *Same* | Serve Pretrial Disclosures (Witness List, Deposition Designations, and Exhibit List) by the Party with the Burden of Proof |
| Oct. 5, 2015 | *Same* | *File Dispositive Motions or Motions to Strike Expert Testimony (including *Daubert* Motions) No dispositive motion or motion to strike expert testimony (including a *Daubert* motion) may be filed after this date without leave of the Court. |
| Oct. 5, 2015 | *Same* | Deadline to Complete Expert Discovery |
| *n/a* | Sept. 24, 2015 | Serve Disclosures for Rebuttal Expert Witnesses (Damages) |
| Sept. 14, 2015 | Sept. 17, 2015 | Serve Disclosures for Rebuttal Expert Witnesses (Except For Damages) |

| | | |
|---|---|---|
| *n/a* | Sept. 3, 2015 | Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof (Damages) |
| Aug. 24, 2015 | Aug. 27, 2015 | Deadline to Complete Fact Discovery and File Motions to Compel Discovery |
| Aug. 24, 2015 | Aug. 27, 2015 | Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof (Except for Damages) |
| Aug. 17, 2015 | *Same* | *Deadline to File Letter Briefs Regarding Dispositive Motions |
| Aug. 17, 2015 | *Same* | Deadline to Complete Mediation<br><br>The parties are responsible for ensuring that a mediation report is filed no later than 5 days after the conclusion of mediation. *See* L.R. App. H. |

**SIGNED this 19th day of August, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE