FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JAN 14 2016

DAVID J. MALAND, CLERK
BY
DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BETTER MOUSE COMPANY, LLC, *Plaintiff*, v. STEELSERIES APS, ET AL. *Defendants*. | Civil Action No. 2:14-cv-00198 (Lead consolidated matter) PATENT CASE JURY TRIAL DEMANDED |

## VERDICT FORM

In answering these questions, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

As used herein, "Better Mouse" refers to Plaintiff Better Mouse Company, LLC, and "SteelSeries" refers to Defendants SteelSeries ApS and SteelSeries North America Corp.

## QUESTION NO. 1: Infringement

Do you find by a preponderance of the evidence that any of the accused SteelSeries products infringe claims of the '200 Patent?

Claim 6:  Yes _____         No __X__

Claim 7:  Yes _____         No __N/A__

Claim 8:  Yes _____         No __N/A__

If you checked "Yes" for at least one claim, continue to Question No. 2.

If you did not check "Yes" for any claim, please turn to the last page without answering any other questions. The Jury Foreperson should sign and date where shown.

## QUESTION NO. 2: Invalidity

Do you find by clear and convincing evidence that any of the following claims of the '200 patent are anticipated and therefore invalid?

Claim 6:  Yes _____         No _____

Claim 7:  Yes _____         No _____

Claim 8:  Yes _____         No _____

If you checked "No" for at least one claim, continue to Question No. 3.

Otherwise, please turn to the last page without answering any other questions. The Jury Foreperson should sign and date where shown.

## QUESTION NO. 3: Damages

You should answer Question No. 3 only if you have found *at least* one claim *both* infringed (by answering "Yes" in Question No. 1) and not invalid (by answering "No" in Question No. 2). Otherwise, *do not* answer Question No. 3. The damages that you award must be based only on the products that you have found to infringe the '200 patent.

By a preponderance of the evidence, what sum of money, if paid now in cash, do you find would fairly and reasonably compensate Better Mouse for SteelSeries's infringement of the '200 patent?

Your answer should be stated in dollars and cents.

$ _____

I certify that the foregoing answers each represent the unanimous decision of the trial jury.

_1-14-16_

Date