IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BETTER MOUSE COMPANY, LLC, | ) |
| | ) CIVIL ACTION NO. 2:14-cv-198 |
| Plaintiff, | ) (**Consolidated Lead Case**) |
| | ) |
| v. | ) |
| | ) |
| STEELSERIES ApS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING STIPULATED JOINT MOTION REGARDING COSTS AND ATTORNEY'S FEES
AND WAIVER OF RIGHT TO APPEAL**

The Court having considered SteelSeries ApS and SteelSeries North America Corp. (*"SteelSeries"*) and Plaintiff Better Mouse Company, LLC's Stipulated Motion Regarding Costs and Attorney's Fees and Waiver of Right to Appeal (the "*Joint Motion*"):[1]

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. Within two business days of the entry of this order, BMC shall have made the Payment to SteelSeries on account of the Fee Award and Award of Costs, by wire transfer to an account designated by SteelSeries.

3. Other than the Payment, each side shall bear its own attorney's fees and expenses in connection with this case, and shall not seek any further attorney's fees, expenses, or other compensation regarding this case.

4. As stipulated by the parties, neither side shall file any post-judgment motions or appeal the judgment in this case.

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Joint Motion.

- 5 -

5.  The Court retains jurisdiction to enforce the provisions of this stipulation and order.

**SIGNED this 29th day of January, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE