**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| BETTER MOUSE COMPANY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> STEELSERIES APS, ET AL. <br><br> Defendant. | NO. 2:14-CV-198 <br><br> **LEAD CASE** |

## ORDER GRANTING BMC'S
## UNOPPOSED MOTION TO WITHDRAW ATTORNEY

The Court, having considered the unopposed motion of plaintiff Better Mouse Company, LLC ("BMC") to withdraw attorney Califf T. Cooper, finds that it is well taken and hereby GRANTS the motion.

It is therefore ORDERED that Califf T. Cooper of Antonelli, Harrington & Thompson LLP, 4306 Yoakum Blvd., Suite 450, Houston, TX 77006 is withdrawn as counsel for BMC in this action.

**SIGNED this 1st day of February, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE